

**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Brian Biggs
Brian.Biggs@us.dlapiper.com
T   302.468.5661
F   302.778.7813

March 18, 2024
*VIA CM/ECF AND HAND DELIVERY*

District Judge Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17 Room 6312
Wilmington, DE 19801-3555
Courtroom: 6D

**Re:**   **Taiho Pharm. Co. v. Eugia Pharma Specialties Ltd. et al., C.A. No. 19-2309;**
**Taiho Pharm. Co. v. MSN Laboratories Private Ltd. et al., C.A. No. 19-2342**

Dear Judge Hall:

We write on behalf of Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc. (collectively, "Taiho") in response to Defendants MSN and Eugia's March 14, 2024 letter (the "Letter") that invites the Court once again to address claim construction prior to trial or separately from the post-trial briefing.  C.A. No. 19-2309-JLH, D.I. 161.  While Taiho is reticent to give the Court more paper at this stage, out of an abundance of caution, Taiho writes briefly to oppose this invitation.

On three prior occasions, this invitation to hold a separate claim construction hearing or proceeding has been denied.  For at least the following reasons, there is no reason to change course just weeks before trial.  <u>First</u>, since Judge Connolly's September 17, 2021 Oral Order, Taiho has understood this claim construction dispute would be decided post-trial, and Taiho has relied on this understanding in preparing for trial.  Your Honor also stated in the August 20, 2021 teleconference regarding another defendant's motion to strike, with counsel for MSN in attendance, that "I tend to agree with plaintiff that this could be a situation where the experts could address those meanings in the expert reports and then sort it out at the bench trial or at post-trial briefing."  Ex. A, Aug. 20, 2021 Hr'g Tr. at 23:15-24:2.  Further, at the December 21, 2022 status conference involving all parties, Judge Connolly reiterated his decision not to hold a pre-trial claim construction hearing on this issue.  Ex. B, Dec. 21, 2022 Hr'g Tr. at 23:10-25:24.

<u>Second</u>, the parties raised this claim construction issue in the Pretrial Order, along with the expert testimony and other evidence that will be presented at trial bearing on the dispute.  C.A. No. 19-2309-JLH, D.I. 161 at, *e.g.*, ¶¶ 23-25, Ex. 2 at ¶¶ 1-14.  To conduct a separate claim construction hearing at this time will be duplicative of the expert testimony and evidence that the parties intend to present at trial.  Taiho respectfully submits that any claim construction decision will require a full and complete record, including the evidence presented at trial.



District Judge Jennifer L. Hall
March 18, 2024
Page Two


      <u>Third</u>, as a practical matter, there is insufficient time between now and trial to brief this claim construction dispute and hold a separate hearing in advance of trial, let alone ask this Court to take more time before trial to issue a claim construction opinion.  If MSN and Eugia truly wished to address this issue pre-trial, they could have sought leave far sooner, and not on the day the parties submitted the pretrial order.  The Letter's timing warrants staying the course.

      Counsel is available at the Court's convenience and will be prepared to address the appropriate timing of claim construction at the pretrial conference.

Respectfully Submitted,

<u>/s/ Brian A. Biggs</u>
Brian Biggs (DE Bar No. 5591)