# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MSN LABORATORIES PRIVATE, LTD. and MSN PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 19-cv-2342-JLH <br><br> ANDA CASE |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ethan H. Townsend of the firm McDermott Will & Emery LLP hereby enters his appearance as counsel for plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc., in the above-captioned action.

MCDERMOTT WILL & EMERY LLP

/s/ *Ethan H. Townsend*
Ethan H. Townsend (#5813)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Tel: (302) 485-3911
ehtownsend@mwe.com

*Attorneys for Plaintiffs*
*Taiho Pharmaceutical Co., Ltd. and*
*Taiho Oncology, Inc.*

Dated: December 11, 2024