# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., *Plaintiffs*, v. MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS, INC., *Defendants*. | C.A. No. 19-cv-2342-JLH |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(a), (c), Plaintiffs Taiho Pharmaceutical Co., Ltd., and Taiho Oncology, Inc., hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment in this case entered on January 31, 2025 (D.I. 264), and all orders that merge therein, including but not limited to the Court's January 23, 2025, Memorandum Opinion regarding claim construction (D.I. 262).

**MCDERMOTT WILL & EMERY LLP**

/s/ *Ethan H. Townsend*
Ethan H. Townsend (#5813)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Tel: (302) 485-3911
ehtownsend@mwe.com

*Attorneys for Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc.*

Dated: January 31, 2025