## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 19-2342-JLH |

### DEFENDANTS MSN LABORATORIES PRIVATE LTD. AND MSN PHARMACEUTICALS, INC.'S NOTICE OF CROSS-APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Notice is hereby given that Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals, Inc. cross-appeal to the United States Court of Appeals for the Federal Circuit from this Court's Final Judgment, entered on January 31, 2025 (D.I. 264), and any and all other prior decisions, rulings, and orders incorporated therein, or otherwise made final, by the foregoing or otherwise, including but not limited to the Court's August 15, 2023 Opinion regarding U.S. Patent No. RE46,284 (D.I. 175).

Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc. timely filed a Notice of Appeal on January 31, 2025. (D.I. 265). The appeal has been docketed by the United States Court of Appeals for the Federal Circuit as Appeal No. 2025-1407. (D.I. 267). In accordance with Fed. R. App. P. 4(a)(3), this Notice of Cross-Appeal is being timely filed.

|  |  |
|---|---|
| Dated: February 14, 2025 | **SMITH KATZENSTEIN JENKINS LLP** |
| *Of Counsel:* | */s/ Daniel A. Taylor* |
|  | Neal C. Belgam (No. 2721) |
| Aaron S. Lukas | Daniel A. Taylor (No. 6934) |
| W. Blake Coblentz | 1000 West Street, Suite 1501 |
| **COZEN O'CONNOR** | Wilmington, DE 19801 |
| 2001 M Street, NW | (302) 652-8400 |
| Suite 500 | nbelgam@skjlaw.com |
| Washington, D.C. 20036 | dtaylor@skjlaw.com |
| (202) 912-4800 |  |
| alukas@cozen.com | *Attorneys for Defendants MSN Laboratories* |
| wcoblentz@cozen.com | *Private Ltd. and MSN Pharmaceuticals Inc.* |

2