NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAIHO PHARMACEUTICAL CO., LTD., TAIHO ONCOLOGY, INC.,**
*Plaintiffs-Appellants*

**v.**

**MSN LABORATORIES PRIVATE LTD., MSN PHARMACEUTICALS, INC.,**
*Defendants-Cross-Appellants*

---

2025-1407, 2025-1453

---

Appeals from the United States District Court for the District of Delaware in No. 1:19-cv-02342-JLH, Judge Jennifer L. Hall.

---

## O R D E R

The parties submit a joint stipulation to voluntarily dismiss the above-captioned appeals with prejudice pursuant to Federal Rule of Appellate Procedure 42(b), with each side to bear its own costs.

This court generally does not specify whether a dismissal of a matter is with or without prejudice.

Upon consideration thereof,

IT IS ORDERED THAT:

2          TAIHO PHARMACEUTICAL CO., LTD. v. MSN LABORATORIES
                                                    PRIVATE LTD.

(1)  The appeals are dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 28, 2026
     Date

ISSUED AS A MANDATE: April 28, 2026